IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02263-MDB

Harry Cooper,
    Plaintiff,
v.
The City of Pueblo, Colorado, Officer Marquez Berumen, Officer Dalton Chongway, Officer Marcus Duran, Officer Thomas Markarian, Officer Pfeifer Jr., Officer Brenen Proctor, Officer Eugene Chavez, Officer Jose Medina, Sergeant Scott Vahlbusch, Sergeant Anthony Masciotra, Sergeant Santino Oliva, Sergeant Alan Piel, Officer Chad Albaugh, Sergeant Brandon Beauvais, Captain Zach Ballas,
    Defendant.

---

## CERTIFICATE OF SERVICE

---

    I certify that I have mailed a copy of the Certificate of Service to the named individuals below, and the following forms to the General Counsel, Social Security Administration; to the United States Attorney General; and to the United States Attorney's Office: COMPLAINT FILED 07/22/2025, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on August 4th, 2025.

Harry Cooper
112 West 7th Street
Pueblo, CO 81003


US Marshals Service
Service forms for:
The City of Pueblo, Colorado, Officer Marquez Berumen, Officer Dalton Chongway,
Officer Marcus Duran, Officer Thomas Markarian, Officer Pfeifer Jr., Officer Brenen Proctor, Officer Eugene Chavez, Officer Jose Medina, Sergeant Scott Vahlbusch,
Sergeant Anthony Masciotra, Sergeant Santino Oliva, Sergeant Alan Piel, Officer Chad Albaugh, Sergeant Brandon Beauvais, Captain Zach Ballas,

                                                  s/ J. Roberts-Deputy Clerk