**U.S. Department of Justice**
United States Marshals Service

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2025 AUG 11 AM 10:47

JEFFREY P. COLWELL
CLERK

BY _____ DEP. CLK

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Harry Cooper | 25-cv-02263-MDB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| City of Pueblo, Colorado, The et al. | S/C |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
The City of Pueblo, Colorado
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1 City Hall Place, CO 81003

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Harry Cooper
112 West 7th Street
Pueblo, CO 81003

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
PERSONAL SERVICE

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| s/ J Roberts -Deputy Clerk | | 303-844-3433 | 8/4/2025 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 16 | No. 813 | No. 813 | T__ McNiel | 8/6/2025 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date 8/8/25   Time 1200 pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy
JR Rodger DSO USMS

Costs shown on attached USMS Cost Sheet >>

**REMARKS**
8/8 @ 1200 TAMMY MARTINEZ FOR THE CITY OF PUEBLO, CITY CLERKS OFFICE

1:2025-cv-02263

capture ✓

Form USM-285
Rev 01/21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-02263-MDB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* 8/6/25.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Tammy Martinez @ Pueblo City Clerk, a person of suitable age and discretion who resides there,

[handwritten: Employment]

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 60.00 for travel and $ 65.00 for services, for a total of $ 125.00.

I declare under penalty of perjury that this information is true.

Date: 8/8/25

JR Rodger *(Server's signature)*

JR RODGERS DSO/USMS *(Printed name and title)*

212 No. Wahsatch
Co. Sp'gs, Co. *(Server's address)*

Additional information regarding attempted service, etc: